**No. 10-7342. Michael Lee Geier, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

562 U.S. 1151, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 46.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-7347. Randall Allen, Petitioner v. Reliance Insurance Company.**

562 U.S. 1151, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 423, ■

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-7355. Martin Allen Ashbaugh, Petitioner v. James A. Yates, Warden, et al.**

562 U.S. 1151, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 263.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-7356. Samuel Windham, Jr., Petitioner v. California Department of Corrections, et al.**

562 U.S. 1152, 131 S. Ct. 979, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 292, ■

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 657.

■

**No. 10-7366. Andy Delgado Rodriguez, Petitioner v. James A. Yates, Warden.**

562 U.S. 1152, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 196.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-7367. G. Saif Sabree, Petitioner v. Maureen E. Walsh, et al.**

562 U.S. 1152, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 62.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

■

**No. 10-7368. Tommie Lee Seymore, Petitioner v. Millicent Warren, Warden.**

562 U.S. 1152, 131 S. Ct. 938, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 601.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■

**No. 10-7370. Paul Satterfield, Petitioner v. Philip L. Johnson, et al.**

562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 66.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.